LODGED
CLERK, U.S. DISTRICT COURT
DEC 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL FLORES, aka MANUEL GUTIERREZ FLORES,

   Petitioner,

vs.

RODERICK HICKMAN, et al.,

   Respondents.

) Case No. CV 06-4299-RSWL(RC)
)
) JUDGMENT
)

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: Jan 25, 2008

RONALD S.W. LEW

_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

R&R\06-4299.jud
12/19/07